■ NATIONAL GRANGE MUTUAL INSURANCE COMPANY, Appellant, v FRANK MARMORALE et al., Respondents. [638 NYS2d 920] — Appeal by the plaintiff from a judgment of the Supreme Court, Nassau County (McCarty, J.), dated December 5, 1994.

Ordered that the judgment is affirmed, with costs to the respondents Frank Marmorale and Lorraine Marmorale, for reasons stated by Justice McCarty at the Supreme Court in his memorandum decision dated October 20, 1994. Mangano, P. J., Thompson, Friedmann and Florio, JJ., concur.